**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **SHERMAINE LASTER** | § | |
| **(Limestone Cty #52285509)** | § | |
| | § | |
| **V.** | § | **W-22-CA-425-ADA** |
| | § | |
| **ASST WARDEN TUCKER, et al.** | § | |

**ORDER REGARDING MOTION TO PROCEED IN FORMA PAUPERIS
and
ADVISORY**

PLAINTIFF IS ADVISED TO READ THIS ORDER CAREFULLY.  FAILURE TO COMPLY WITH ANY OF THE COURT'S DIRECTIVES IN THIS ORDER COULD RESULT IN A RECOMMENDATION THAT THIS ACTION BE DISMISSED.

**Leave to Proceed *In Forma Pauperis***

The Court has considered the plaintiff's application for leave to proceed in forma pauperis and the certified trust fund account statement or institutional equivalent.

It is therefore **ORDERED** that Plaintiff's Application for Leave to Proceed In Forma Pauperis (#2) is **GRANTED**.

It is further **ORDERED** that   Shermaine Laster (Limestone County #52285509) is assessed an initial partial filing fee of   $6.27  . The agency having custody of the plaintiff shall collect this amount from the trust fund account or institutional equivalent, when funds are available, and forward it to the clerk of the district court. Thereafter, the plaintiff shall pay    $343.73    , the balance of the filing fees, in periodic installments. The plaintiff is required to make payments of 20% of the preceding month's income credited to the plaintiff's prison account until plaintiff has paid the total

1

filing fees of $350.00.   The agency having custody of the plaintiff shall collect this amount from the trust fund account or institutional equivalent, when funds are available and when permitted by 28 U.S.C. §1915(b)(2), and forward it to the district court clerk.

It is further **ORDERED** that the Clerk shall mail a copy of this Order to the **Limestone County Jail, Attn: Inmate Trust Accounting Department, 912 North Tyus Street, Groesbeck, Texas, 76642.**

**In the event Plaintiff is transferred to another facility, or is released from confinement, the agency having custody at the time of transfer or release shall notify this office of a forwarding address.**

It is further **ORDERED** that the Clerk shall provide a copy of this Order to the Financial Clerk in the Waco Division of the Western District of Texas.

**Notice to Plaintiff**

Payment of all or any part of the full filing fee will not prevent dismissal of the complaint if it is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.   If the case is dismissed on any of those grounds before payment of the entire filing fee, Plaintiff must still pay the entire $350.00 filing fee.   When a prisoner has had three or more prior actions or appeals dismissed for being frivolous, malicious, or failing to state a claim upon which relief may be granted, federal law prohibits the prisoner from bringing any more actions or appeals *in forma pauperis* unless the plaintiff is in imminent danger of serious physical injury.   *See* 28 U.S.C. § 1915(g).

2

## Duty to Inform Court of Change of Address

Plaintiff is **ORDERED** to immediately notify the Clerk of the Court and each defendant's counsel in writing of any change in address.  Plaintiff shall caption any such change of address advisories as "Notice to the Court of Change of Address" and not include any motions or other matters in such notice.  This notice shall contain only information pertaining to the address change and the effective date of such change of address.  Failure by Plaintiff to immediately notify the Clerk of the Court and each defendant's counsel of any change in the plaintiff's mailing address will be interpreted by the Court as a failure to prosecute and may result in the Court recommending the dismissal of Plaintiff's Complaint.

## Service on the Defendants

It is further **ORDERED** that the Clerk of the Court shall not issue summons nor forward summons to the United States Marshal for service on the defendants unless and until directed by further order of the Court.

## Duty to Respond to Opposing Motions within Fourteen (14) Days

Plaintiff is hereby advised that Rule CV-7(d) of this Court's Local Court Rules provides that a party opposing a motion must file a response to the motion within fourteen (14) days after the filing of the motion.  A failure by that party to file such a timely response may be construed by the Court as a lack of opposition to the motion and result in the Court granting the motion.  Furthermore, plaintiff is advised that, pursuant to Rule 8(d), Fed.R.Civ.P., averments in a pleading or motion to which a responsive pleading is required are admitted when not denied in the responsive pleading.  Therefore, in the event that one or more of the defendants files a motion

which plaintiff opposes, plaintiff must file a response or opposition to the motion within fourteen (14) days after the filing of the motion.  A failure by the plaintiff to timely respond to an opposing party's motion may result in this Court recommending that the plaintiff's claims be dismissed for want of prosecution.

**<u>Duty to Serve Opposing Counsel</u>**

Plaintiff is advised that he is obligated under both the Federal Rules of Civil Procedure and this Court's Local Rules to send a copy of all pleadings, motions or other documents he submits to the Clerk of this Court for filing to each defendant or, after an attorney has made an appearance for a defendant, each defendant's counsel of record herein.  The Court will disregard any pleading, motion, or other document submitted for filing by plaintiff that fails to contain a "certificate of service" stating the date and method (e.g., hand delivery, certified mail or regular mail), by which the plaintiff sent a copy of that pleading, motion or document to each defendant or each defendant's counsel of record.  Once an attorney makes an appearance on behalf of a defendant, the plaintiff must send that defendant's copy of any pleading, motion, or document submitted for filing by the plaintiff to that defendant's attorney.

 **SIGNED** on April 28, 2022

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

4