LIMESTONE COUNTY DETENTION CENTER
SHERMAINE CASTER #52285509
910. W. Tyus Street
Groesbeck, TX 76642

**FILED**

May 11, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

lad

DEPUTY

TO THE CLERK

ENCLOSED YOU WILL FIND MY QUESTIONAIRE
WITH MORE DETAILS, ALONG WITH THE GRIEVANCES
WITH THE TIME AND DATES OF OCCURANCES,
ALSO THE PROBLEM WAS NEVER SOLVED.

AS I SUBMITT MY DOCUMENTS I PRAY THAT THE
COURTS RULE IN MY FAVOR, BECAUSE OF THE
VIOLATIONS MY HEALTH HAS DECLINING, DECLINE
DECLINED.

I NOW NEED MENTAL HEATH, AND MY FAMILY IS NOW
AFFECTED BY WHATS HAPPENING TO ME, AS IN JAIL.
I PRAY THAT THE JUSTICE WILL PROVAIL.
PLEASE SEND ME A RECEIPT THAT YOU HAVE RECEIVED MY MAIL,
BECAUSE LCDC IS DESTROYING my mail.
RESPECTFULLY Submitted

*Shermaine Caster*
MAY 5, 2022

RECEIVED.

MAY 11 2022

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **SHERMAINE LASTER**<br>**(Limestone Cty #52285509)** | §<br>§<br>§ | |
| **V.** | § | **W-22-CA-425-ADA** |
| **ASST WARDEN TUCKER, et al.** | §<br>§<br>§ | |

## ORDER

Before the Court is Plaintiff's Complaint asserting Defendants have violated his constitutional rights to practice his religion. Under the notice pleading requirement for a federal lawsuit, Plaintiff is required to state what acts Defendants did to cause damage. As currently written, Plaintiff's Complaint lacks sufficient facts and is inadequate as a result. Without additional details, Plaintiff's Complaint may be dismissed for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii); *Brown v. Taylor*, 829 F.3d 365, 370 (5th Cir. 2016).

It is, therefore, **ORDERED** that Plaintiff shall file a more definite statement answering the following questions **on or before May 30, 2022**. *See* Fed. R. Civ. P. 12(e); *Parker v. Carpenter*, 978 F.2d 190, 191 (5th Cir. 1992); *Spears v. McCotter*, 766 F.2d 179, 180-81 (5th Cir. 1985). A failure to do so will cause this Court to dismiss Plaintiff's complaint for want of prosecution.

The questions the plaintiff is **ORDERED** to answer are as follows:

1

1. In your complaint, you have named LaSalle Corrections as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

LASALLE CORRECTIONS ARE SOLELY RESPONSIBLE FOR THE PEOPLE THEY HIRE, AND ENCLOSED IS THE ONGOING GRIEVANCES ABOUT STAFF BEING RACIST AND VIOLATIONS THAT INCLUDE MY LEGAL MAIL THROWN AWAY, AND DEPRIVING ME OFF OF MY RELIGIOUS PRACTICE AS A MUSLIM, AND BEING CALLED "YOU PEOPLE" RACIAL SLUR, ALL CAN BE BACKED UP IN MY GRIEVANCE FILING.

I ASK THAT THE COURT, HONORABLE JUDGE ALBRIGHT ACCEPT MY GRIEVANCES AS EXIBIT A, AND THE 8ᵗ COURTS WILL SEE THAT ALL MY ALLEGATIONS ARE FACTS.

2. In your complaint, you have named Assistant Warden Tucker as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

ASST WARDEN IS EMPLOYED BY LASALLE AND WORKS AT LASALLE SITES (LIMESTONE COUNTY DETENTION CENTER) HAS WELCOMED AND HAS DONE NOTHING TO CHANGE THE WAY THE CONDITIONS / PROFESSIONALISM, RESPECT, FOOD SERVICES SERVING COLD, DIRTY TRAYS, BEING A RACIST, SERVING EXPIRED FOOD. THIS HAS BEEN BROUGHT TO WARDEN TUCKER ATTENTION, AND NOTHING HAS CHANGE.

SEE GRIEVANCES

ALL WAS DONE UNDER THE WATCH OF ASST WARDEN TUCKER AND ASST WARDEN MOORE

3

3.  In your complaint, you have named Mr. Terrance Moore as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when.  Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

HE TO ALONG WITH ASSISTANT WARDEN TUCKER SHARE THE RESPONSIBILITIES OF MAINTAINING A WORK/INMATE FREE ENVIRONMENT, BUT INSTEAD THE PRAYER RUGS NOT GIVEN TO ME OR OTHER INMATES, OR ALLOWING US NOT TO PRAY, IS A VIOLATION. BRINGING THE FACT THAT THE FOOD IS COLD, SPOILED, EXPIRED, AND IS STILL BEING GIVEN OUT, OFFICER ARE NOT ONLY DISRESPECTFUL AND UNPROFESSIONAL, BUT ALSO SHOWS RACIST BEHAVIOR BECAUSE I AM BLACK.

ALL OF THE FOLLOWING WAS UNDER THE WATCH OF ASST WARDEN MOORE AND ASST WARDEN TUCKER,

SEE GRIEVANCES

4

4. In your complaint, you have named Mr. Beamer as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

CAPT BEAMER NOW MAJOR BEAMER IS A RACIST AND HAS DISCRIMINATED AGAINST ME, AND DEPRIVING ME OF MY RELIGIOUS PRACTICES CAUSE I AM BLACK.

SEE GRIEVANCES

ALL EMPLOYEES CONDUCT REFLECT ON LASALLE CORRECTIONS. NO MATTER WHO THE PERSON IS OR WHAT HE HAS BEEN CHARGED WITH, SHOULD I BE TREATED UNFAIR OR DEPRIVED BECAUSE I AM BLACK, INCARCERATED AND A MUSLIM.

5. In your complaint, you have named Dr. Lax as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

DR LAX HAS "PLAYED" WITH MY HEALTH, AND NOW MY CONDITIONS HAS GOTTON WORST, HE DOES NOT PHYSICALLY EXAMING YOU, HE GIVES TOO MUCH MEDS BASE ON WHAT YOU TELL HIM AND NOT HIM TOUCHING YOU. HE IS VIOLATING HIS MEDICAL OATH, TO PERSERVE LIFE, NOT TELL ME TO ACCEPT BACK PAINS BECAUSE IT IS "WARE AND TARE"

SEE GRIEVANCES

DR LAX NOT ONLY PUT LCDC/LASALLE LIABLE FOR ALL THAT HE DO, BUT HE Should lose HIS LIC. BECAUSE HE IS NOT PROPERLY TREATING ME. I WILL NOT DIE IN HERE ON DR LAX ACCOUT.

Medical Problems increased Because of DrLax NOT EXAMINING me Properlly.

1) I HAVE ACUTE BACK PROBLEMS
2) re-INJured MY (L) AND (R) Knees Both replaced
3) HEART PROBLEMS
4) HIGH BLOOD PRESSURE (UN CONTROLLABLE)
5) MY (L) INDEX TOE
6) VISION
7) DENTIAL
8) MENTALLY Scarred, ABUSE.

6.    In your complaint, you have named Officer Barnes as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

OFFICER BARNES BEHAVIOR TOWARDS ME BECAUSE I AM BLACK, HAS BEEN PROVEN IN MY GRIEVANCES AND SHE HAS KEPT SPEAKING OUT AGAINST MY RACE, AND I AM IN FEAR FOR MY LIFE. SHE SHOULD NOT BE WORKING HERE IF SHE CAN FREELY VIOLATE MY RIGHTS AND NOTHING IS DONE ABOUT IT.

7.  In your complaint, you have named Officer Garcia as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when.  Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

HAS Demonstrated unprofessional BEHAVIOR AND LIMESTONE ALLOWED IT, SEE MARKED GRIEVANCES, HE DENIED ME ACCESS TO LAW LIBARY AND HE HAS BEEN BROUGHT UP ON A write up ACCORDING TO THE GRIEVANCES OFFICER.

I BEING DEPRIVED OF ACCESS TO LAW LIBRARY LIBARY BECAUSE I'M BACK AND IN JAIL AND THIS IS WHERE I BELONG ACCORDING TO OFFICER GARCIA.

SEE GRIEVANCES

8

8. In your complaint, you have named Officer Holstein as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

OFFICER Holstein TOID ME "I DON'T GIVE A F__K ABOUT YOUR RAMADAN" WHEN I ASKED TO go out FOR PRAYER, HE THEN REPEATED IT IN FRONT OF HIS Lt, I WROTE HIM UP!! AND THE VERY NEXT DAY I ASKED tHE DEFENDANT TO LEAVE THE SPACE TO PrAY AVAilable He then told me to "F__K OFF".

SEE GriEVANCES

9

9. In your complaint, you have named Sergeant Nicholson as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

I WOULD LIKE TO WITHDRAW MY COMPLAINT AGAINST THIS DEFENDANT, GRIEVANCE PROCEDURE HAS HANDLED THE PROBLEM,

10. In your complaint, you have named Ms. Aikins as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

MS AIKINS OR EAIKINS IS THE MANAGER AND IN CHARGE OF FOOD SERVICES, SHE SERVE US DIRTY TRAYS, COLD FOOD, DRIED UP FOOD, EXPIRED FOOD, AND SHE DEPRIVED ME OF WORKING BECAUSE I AM A MUSLIM, SEE ALL THE GRIEVANCES

SHE CALL ME A BEAST, She use The TWO words "you people" IN A SENTENCE WHEN TALKING, TO ME. SHE IS NOT FIT TO DEAL WITH AND SERVE US FOOD, SHE IS TREATING, LIKE WE ARE NOT HUMAN. BEINGS.

11

11. In your complaint, you have named Lt. Andersend as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.



I WOULD LIKE TO EXCLUDE OR PULL Lt ANDERSEND FROM THIS SUIT, I THOUGHT HE WAS INVOIED WITH ME NOT GETTING MY PRAYER RUGS, BUT HE JUST SEPARATED HIMSELF FOR FROM ALL THIS MESS. SO I WILL NOT TELL A LIE ON HIM,

12. In your complaint, you have named Ms. Brooks as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

OK WHERE DO I START MS BROOKS IS MAILROOM Supervisor STOPPED my incoming "LEGAL" MAIL AND BEING THAT THE MARSHALS MOVED ME I WAS TOLD BY my LAWYER ASSISTANT SARAH, THAT MY MAIL WAS DESTROYED, NOT SENT BACK TO HER, Phone number (214) 942-9000 You can call her And She will verify My Allegations, THE SECOND TIME YOU CAN SEE IN MY GRIEVANCES WHERE AGAIN SHE STOP MY LEGAL MAIL AND CLAIM SHE PUT IT IN MY PROPERTY, I FOUND OUT LATER THAT MY LEGAL MAIL WAS DESTROYED BY MS BROOKS, And that WAS TOLD TO ME BY THE PROPERTY OFFICER MR Smith. TAMPering or DESTROYING MAIL IS A FEDERAL OFFENSE AND SHOULD ONLY BE OPENED IN THE PRESENCE OF INMATES, SEE GRIEVANCES

13

13. In your complaint, you have named Lt. Bolden as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

I WAS ASSAULTED BY LT BOLDON, SHE SLAMMED THE rec DOOR ON my FOOT INJURING my (L) INDEX TOE SHE MEANT TO DO IT, IF you look AT MY GRIEVANCES You WILL SEE THE EXACT TIME AND OCCURrENCE, THIS MATTER HAS BEEN BROUGHT TO CORPORATE WHICH IS LASALLE corrections, I SEEN LT BOLDEN I WOULD LIKE TO SAY MAY 3, OR 4, AND SHE THREATENED TO "GET MY A__!" UN QUOTE ALL STAFF AT LIMESTONE COUNTY DETENTION CENTER UNDER LASALLE CORRECTIONS

SEE MARKED GRIEVANCES

14. In your complaint, you have named Lt. Urskiene as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

SHE HAS CALLED ME A N___ER AND ALSO HAS THREATEN TO PUT ME IN SEG (THE HOLE) IF I WRITE ANOTHER COMPLAINT,

SEE GRIEVANCES

SHE HAS ALSO STOPPED ME FROM DOING MY OBLIGATIONAL PRAYER AND ALSO DURING RAMADAN I WAS BEING CALLED OUT LATE PAST MY PRAYER TIME, AND MOST OF THE TIME I WAS NOT ON THE LIST OR WAS NOT BEING CALL OUT TO PRAY. (RAMADAN LIST)

15

15. You appear to indicate that the issues you complain of in this suit were resolved through the jail grievance process. Is that correct? If so, what additional relief do you seek in this lawsuit?

I AM SEEKING THE SUM OF ($100,000,000.00) ONE HUNDRED MILLION DOLLARS BECAUSE AS YOU CAN SEE MOST OF MY GRIEVANCES WAS RESOLVED "ON PAPER", BUT I WAS STILL BEING VIOLATED AND WITH NO RESPECT TO ME AS A PERSON OR AS A MUSLIM, THATS WHY I HAVE FURNISHED ALL GRIEVANCES, THAT I HAVE SUPPLIED TO YOU.

SO MY PROBLEMS WERE TOLD THAT THEY WILL BE RESOLVED, BUT THEY WERE NOT.

16. Please state whether you are presently incarcerated, i.e., serving a term of imprisonment based upon a criminal conviction.

I AM INCARCERATED AND I AM AWAITING SENTENCING AUGUST 18, 2022 AND MY COURT IS THE UNITED STATES DISTRICT COURT- FOR THE NORTHERN DISTRICT OF TEXAS. DALLAS; DIVISION

17. If your answer to question 16 above was "yes," please state (1) the date of your conviction, (2) the nature of the offense(s) that form the basis for your current incarceration, (3) the date, if you know, when you expect to be released.

① AUGUST 18, 2022 I will BE SENTENCED FOR 922(G) AND 924 (A)(2)

② 922 (G) POSSESSION OF A WEAPON BY A CONVICTED FELON.

③ I DON'T HAVE THAT DATE AS OF YET, BUT I WILL BE SENTENCED AUGUST 18, 2022.

17

18. Please state whether you are currently awaiting trial on any criminal charges.

NO I AM CURRENTLY AWAITING SENTENCING, AUGUST 18 2022.

19. If your answer to question 18 above was "yes," please state (1) the date your current pretrial detention began, (2) the exact nature of the criminal charge(s) that form the basis for your current pretrial detention, (3) the court in which the cases against you are pending, (4) your expected trial dates, if known, and (5) the name of the attorneys who represent you in each case or whether you are representing yourself in your criminal case(s). Please be specific.

① 

②1 HAVE BEEN ARRESTED FOR 922 (G) & 924 (A) (2)

③ MY COURT IS THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS; DIVISION.

④ MY EXPECTED DATE FOR SENTENCING IS AUGUST 18, 2022

⑤ MY ATTORNEY NAME IS MR EZEKIEL TYSON JR. (214) 942-9000 EMAIL; TYSON@tysonpc.com ADDRESS; 342 W. MONTANA AVENUE DALLAS, TX 75224

20. Please state whether you are currently being held in custody pending parole or probation revocation proceedings.

NO I AM NOT, I AM AWAITING SENTENCING AUGUST 18, 2022

21. If your answer to question 20 above was "yes," please state (1) the date your current detention began, (2) the exact nature of the charge against you, and (3) the expected date of your parole or probation revocation hearing, if any. Please be specific.

N/A

22.    You claim that the defendants have violated your right to practice or express your religious beliefs. Answer the following questions about this allegation:

a.  What is your religious affiliation?

I AM A MUSLIM, FOLLOWING THE SUNNA OF THE PROPHET MUHAMMED (SALLAYHU WA SALLAM). AND I AM THE (IMAM) FOR THE MUSLIM COMMUNITY HERE LEADER AT LIMESTONE COUNTY DETENTION CENTER.

b.  Is your religious affiliation a part of your record at the prison or jail?  If not, why not?

YES IT IS, I AM ON THE LIST FOR THE MUSLIM COMMUNITY, ITS IN MY FILE, AND I AM ACKNOWLEDGE BY STAFF AS A MUSLIM, JUST BEING DENIED AND DISRESPECTED BY THE STAFF OF LIMESTONE COUNTY DETENTION CENTER.

20

c. Explain how the defendants have denied your expression of your religious beliefs. State which defendant or defendants caused the denial and when and where the denial occurred.

LT WRAGGE

MAJOR BEAMER

ASST WARDEN TUCKER

ASST WARDEN MOORE

WARDEN MOONYHAM

OFFICER BARNES

OFFICER BASS

SGT NICKLESON

OFFICER GARCIA

OFFICER HOISTEIN

LT ANDERSEN.

LT BOLDON

LT URSKIENE

THESES DEFENDANTS, AND SOME NAMES ARE NOT IN THIS SUIT BUT WILL BE IN THE ONE THATS COMING OR I WILL BE FILING SOON.

WARDEN AND ASST WARDEN STATED "THEY WILL NOT CATER TO ME" WHEN I SIMPLY ASK FOR A "CLEAN" PLACE TO PRAY AND A PRAYER RUG TO PRAY ON.

LT WRAGGE, LT ANDERSEN, LT BOLDON, LT URSKIENE, MAJOR BEAMER, SGT NICKLESON, BARNES, BASS, GARCIA, HOISTEIN, HAS ~~PRESENTED~~ PREVENTED ME FROM MAKING PRAYER AND HAS DISRESPECTED ME AS A MUSLIM, AND ALSO HAS NO RESPECT FOR MY RIGHTS AND THE LAW, SIMPLE BECAUSE THE STAFF OF LCDC FEELS THEY DON'T HAVE TO RESPECT ME AS A MUSLIM AND THE WAY I WORSHIP, BECAUSE I AM INCARCERATED, I AM A DETAINEE WITH RIGHTS AND INNOCENT TO PROVEN GUILTY AND PROTECTED UNDER THE 1st, 5th, 10th, 14th, 21 AND I'M NOT UNDER THE 13th AMENDMENT.

PLEASE CHECK GRIEVANCE PACKAGE. TO SEE WHEN AND WHERE THANKS.

d. How has the denial of your expression of your religious beliefs interfered with your religious practices? BECAUSE AS A MUSLIM I HAVE TO MAKE A MANDATORY 5- PRAYERS A DAY, AND I AM NOT PERMITTED TO DO SO, WHICH AFFECTS MYSELF (THE NATURAL MAN) AND ALSO A VIOLATION OF MY CIVIL RIGHTS, NATURAL RIGHTS, HUMAN RIGHTS, I SHOULD BE ABLE TO PRACTICE MY RELIGION, NO MATTER WHAT MY STATUS IS, I SHOULD STILL BE ABLE TO WORSHIP, THIS IS HURTING ME EMOTIONALLY AND MENTALLY.

e. What alternative methods of practicing your religion were you offered, if any? Be specific. I WAS NOT OFFERED AN ALTERNATIVE WAY, UNDER THESES CONDITIONS HERE AT LIMESTONE COUNTY DETENTION CENTER, THE STAFF HAVE A "I DON'T CARE ATTITUDE, AND A LACK OF RESPECT FOR A PERSON AND HIS/HER WALK OF LIFE. THE STAFF FAIL TO GIVE CLEANING SUPPLIES, AS WE NEED TO KEEP OUR AREA CLEAN AND WE ALSO NEED OUR MATERIAL ITEMS TO PRACTICE SUCH AS PRAYER RUGS, QURANS, BIBLES, AND WE FILE GRIEVANCES AND STILL TO NO AVAIL.

22

SEE GRIEVANCES PACKAGES

23. Plaintiff is to include the following declaration at the end of his more definite statement:

> I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Title 28 U.S.C. Section 1746. Signed this _5_ day of _MAY_ , 2022.
>
> _____
> Signature of Plaintiff

**SIGNED** on April 28, 2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

23



LIMESTONE COUNTY DETENTION CENTER
SHERMAINE LASTER #52285509
910 N. TYUS STREET
GROESBECK, TX 76642

CLERK UNITED
WESTERN DIS
UNITED STAT
800 FRANKL
WACO

LEGAL MAIL

SHIPPED MAY 09 2022



STATES DISTRICT COURT
STRICT OF TEXAS
ES COURTHOUSE
HN AVENUE, ROOM 380
TEXAS 76701

RECEIVED

MAY 11 2022

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY CLERK