**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **SHERMAINE LASTER** | § | |
| **(Limestone Cty #52285509)** | § | |
| | § | |
| **V.** | § | **W-22-CA-425-ADA** |
| | § | |
| **ASST WARDEN TUCKER, et al.** | § | |

**<u>ORDER</u>**

Before the Court is Plaintiff's civil rights complaint and more definite statement (#7). Plaintiff is proceeding pro se and in forma pauperis. After reviewing Plaintiff's pleadings and his more definite statement, the Court finds that summary dismissal is not appropriate.

It is therefore **ORDERED** that **Assistant Warden Tucker, LaSalle Corrections, Mr. Terrance Moore, Mr. Beamer, Dr. Lax, Officer Barnes, Officer Garcia, Officer Holstein, Sergeant Nicholson, Ms. Aikins, Lt. Andersend, Ms. Brooks, Lt. Bolden, and Lt. Urskiene** as defendants, are hereby required to file an answer to such complaint or otherwise plead as provided by Rule 12 of the Federal Rules of Civil Procedure within twenty-one (21) days after service of a copy of the complaint upon said defendant. At the time of filing answers, Defendants shall serve Plaintiff with a copy thereof in accordance with Rule 5(b) of the Federal Rules of Civil Procedure and shall file with the Clerk a certificate showing such service.

It is further **ORDERED** that in order that this may be done, summons shall be prepared by the Clerk and the issuance of service of process shall be commenced by

1

the United States Marshal upon said named defendants under Rules 4 and 5 of the Federal Rules of Civil Procedure.

It is further **ORDERED** that, pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure, the United States Marshal shall serve a copy of the Plaintiff's Complaint, more definite statement, summons, and this Order upon each defendant.

**SIGNED** on May 12, 2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

2