**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **SHERMAINE LASTER** | § | |
| | § | |
| **V.** | § | **W-22-CA-425-ADA** |
| | § | |
| **ASST WARDEN TUCKER, et al.** | § | |

## COLLECTION ORDER REGARDING TRANSFERRED INMATE

Plaintiff has previously been granted leave to proceed in forma pauperis. A collection order was issued to the agency having original custody of the plaintiff. The Court has learned that the plaintiff's custody has recently been transferred to a different agency. Accordingly, a new collection order must issue to collect the balance of the filing fee.

It is **ORDERED** that Plaintiff shall pay $350.00, the balance of the full filing fee, in monthly installments as provided in 28 U.S.C. § 1915(b)(1). The plaintiff is required to make payments of 20% of the preceding month's income credited to the plaintiff's prison account until the plaintiff has paid the total amount due.

It is further **ORDERED** that the agency having custody of the plaintiff shall collect this amount from the trust fund account or institutional equivalent, when funds are available and when permitted by 28 U.S.C. § 1915(b)(2), and forward it to the district court clerk.

It is further **ORDERED** that the Clerk shall mail a copy of this Order to **FCI Seagoville - Inmate Trust Fund Department.**

1

2

**In the event the plaintiff is transferred to another facility, or is released from confinement, the agency having custody at the time of transfer or release shall notify this office of a forwarding address.**

It is further **ORDERED** that the Clerk shall provide a copy of this Order to the Financial Clerk in the Waco Division of the Western District of Texas.

**SIGNED** on May 23, 2022

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

2