**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **SHERMAINE LASTER** | § | |
| | § | |
| **V.** | § | **W-22-CA-425-ADA** |
| | § | |
| | § | |
| **ASST WARDEN TUCKER, et al.** | § | |

## ORDER OF DISMISSAL

Previous orders issued by the Court in this case and mailed to Plaintiff were returned because Plaintiff was no longer detained at the Limestone County Detention Center. Plaintiff informed the Court of his changed address on May 16, 2022. However, the Court has received notice that Plaintiff is no longer being housed at the FCI Seagoville facility. To date, Plaintiff has not notified the Court of any change of address.

The Court has the inherent power under Rule 41(b) of the Federal Rules of Civil Procedure to dismiss the case *sua sponte* where necessary to achieve orderly, expeditious disposition of cases. Because Plaintiff has failed to provide the Court with a change of address his case is dismissed for want of prosecution and for failure to obey an order of the Court.

In light of the above, it is therefore **ORDERED, ADJUDGED, and DECREED** that this case be **DISMISSED WITHOUT PREJUDICE** and **CLOSED**.

 **SIGNED** on October 7, 2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1